UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 12 |
| | ) | |
| BRAD STEPHEN GWINNUP, | ) | CASE NO.  21-03367-JJG-12 |
| | ) | |
| Debtor. | ) | |

### REPORT OF SALE OF REAL ESTATE

Brad Stephen Gwinnup ("Gwinnup"), by counsel, in support of his Report of Sale shows the Court the following:

1.  Gwinnup filed an emergency voluntary Petition for relief under Chapter 12 of the Bankruptcy Code commencing a Chapter 12 proceeding on July 22, 2021 ("Petition Date"). Gwinnup continues to operate his business pursuant to §1184 of the Bankruptcy Code.

2.  On September 1, 2021, Gwinnup filed his *Debtor's Motion Pursuant to 11 U.S.C. §363 for an Order Authorizing and Approving the Sale of Certain Real Estate, Free and Clear of Liens, Claims, Interests and Encumbrances, with Valid Liens to Attach to the Proceeds of Sale* [Doc. 16] (the "Sale Motion") concerning the sale of real estate containing a residence and barns on 71.39 acres located at 513 N. County Road 575 West, Fairview, Fayette County, Indiana 47331 (the "Real Estate") to Fred Stephen Gwinnup (the "Purchaser").

3.  On September 28, 021, the Sale Motion was granted by the *Order Authorizing Sale of Certain Real Estate Pursuant to 11 U.S.C. §363 Free and Clear of Liens, Claims, Interests and Encumbrances with Valid Liens to Attach to Proceeds of Sale* [Doc. 24] (the "Sale Order").

4.  A closing of the sale of the Real Estate was held on January 14, 2022.  Attached hereto as Exhibit "A" is a copy of the Settlement Statement reflecting that, after payment of settlement charges, the amount of $322,524.25 was paid to Beacon Credit Union, $6,000.00 was paid to Joseph

M. Black, Jr. as the Chapter 12 Trustee, $7,500.00 was paid to Hester Baker Krebs LLC as Gwinnup's counsel, and the net proceeds of $18,535.75 paid to Gwinnup's counsel to be held in trust pending further order of this Court.

5. This Report of Sale is filed in accordance with S.D. Ind. L.R. B-6004-4(d).

Respectfully submitted,

HESTER BAKER KREBS LLC


By  /s/ David R. Krebs
David R. Krebs
Hester Baker Krebs LLC
One Indiana Square, Suite 1330
Indianapolis, IN 46204
(317) 833-3030; Fax: (317) 833-3031
Email: dkrebs@hbkfirm.com


CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Joseph M. Black, Jr.   jmbecf@trustee13.com, jmbecf@cinergymetro.net
- Michael C. Cooley   mcc@awmh.net, mbewley@awmh.net
- Stephen H. Downs   sdowns@wabashlaw.com
- U.S. Trustee   ustpregion10.in.ecf@usdoj.gov

I further certify that on January 17, 2022, a copy of the foregoing was served by electronic mail or mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

n/a


/s/ David R. Krebs
David R. Krebs